UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 27, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:17-CR-00237-JAM-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CURTIS DALE SAWYER, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CURTIS DALE SAWYER</u>, Case No. <u>2:17-CR-00237-JAM</u>, Charge <u>21 USC § 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        \_\_ Appearance Bond with Surety

        \_\_ Corporate Surety Bail Bond

        ✔ (Other) <u>With pretrial supervision and conditions of release as stated on the record in open court. USM shall release defendant on 12/28/17 at 9:00 am to Pretrial Services for transport to WellSpace.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 27, 2017</u> at <u>2:20</u> pm.

By _____
Deborah Barnes
United States Magistrate Judge