McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00237-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: February 6, 2018 |
| CURTIS DALE SAWYER and ANN MARIE VANCE, | Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | |

Plaintiff United States of America, through its respective counsel, and Defendants Curtis Dale Sawyer and Ann Marie Vance, through their counsel of record, stipulate that the status conference currently set for February 6, 2018, be continued to March 13, 2018, at 9:15 a.m.

On December 22, 2017, Mr. Sawyer was arraigned on the six-count Indictment in this case. (ECF No. 11.) Four days later, on December 26, 2017 Ms. Vance was arraigned separately. (ECF No. 13.) Since that time, the United States has produced approximately 75, which includes all of the official reports generated in connection with this case. In the coming week, the government expects to produce an additional set of materials, which will include photos taken on the day both defendants were arrested. Defense counsel will require additional time to review these materials individually and with their clients, to conduct additional investigation, and to otherwise prepare for trial.

///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

1

1    Based on the foregoing, the parties stipulate that the status conference currently scheduled for
2    February 6, 2018, be continued to March 13, 2018, at 9:15 a.m. The parties further agree that time
3    under the Speedy Trial Act should be excluded from the date this order issues to and including March
4    13, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order
5    479, Local Code T4, based on continuity of counsel and defense preparation.
6    Counsel and the Defendants also agree that the ends of justice served by the Court granting the
7    requested continuance outweigh the best interests of the public and the Defendants in a speedy trial.

Respectfully submitted,

Dated: February 2, 2018        */s/ Timothy H. Delgado*
                               TIMOTHY H. DELGADO
                               Assistant United States Attorney
                               Attorney for Plaintiff United States

Dated: February 2, 2018        */s/ THD for Michael D. Long*
                               MICHAEL D. LONG
                               Attorney for Defendant Curtis Dale Sawyer

Dated: February 2, 2018        */s/ THD for Matthew C. Bockmon*
                               MATTHEW C. BOCKMON
                               Assistant Federal Defender
                               Attorney for Defendant Ann Marie Vance

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including March 13, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the February 6, 2018 status conference shall be continued until March 13, 2018, at 9:15 a.m.

Dated: February 2, 2018         /s/ John A. Mendez_____
                                Hon. John A. Mendez
                                United States District Court Judge