| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS DALE SAWYER and<br>ANN MARIE VANCE,<br><br>Defendants. | Case No. 2:17-cr-0237-JAM<br><br>STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE AND CONTINUE THE STATUS HEARING TO JUNE 12, 2018<br><br>Date: June 5, 2018<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

Plaintiff United States of America, through its undersigned counsel, and defendants Curtis Dale Sawyer and Ann Marie Vance, through their respective counsel of record, stipulate as follows:

1. This matter is currently set for a hearing on Sawyer and Vance's motions to suppress evidence on June 5, 2018. (ECF No. 23.) Both defendants filed separate motions on May 1, 2018. (ECF Nos. 25, 26.) The government's opposition is currently due May 8, 2018. (ECF No. 23.)

2. By this stipulation, the parties now seek to modify the briefing schedule by one week. As good cause for granting this request, the undersigned government counsel avers that the government requires a brief period of additional time of 2-3 days to communicate with law enforcement personnel, both to discuss the events at issue and to revise and finalize their declarations.

/ / /

/ / /

STIPULATION  1

3. By this stipulation, the parties jointly request that the Court modify the briefing schedule as follows:

    a. United States' Opposition – due May 15, 2018

    b. Defendants' Replies – due May 22, 2018

    c. Motion hearing, if necessary – June 12, 2018

4. This matter is currently set for a status hearing on June 5, 2018, and time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, has already been excluded through that date. (ECF No. 23.) So as not to duplicate court appearances, the parties jointly stipulate that the June 5, 2018 status hearing be continued by one week to June 12, 2018. No request for an additional exclusion of time is being sought through this stipulation.

IT IS SO STIPULATED.

Dated: May 8, 2018                          */s/ Timothy H. Delgado*
                                            TIMOTHY H. DELGADO
                                            Assistant United States Attorney
                                            Attorney for Plaintiff United States of America

Dated: May 8, 2018                          */s/ THD for Michael D. Long*
                                            MICHAEL D. LONG
                                            Attorney for Defendant Curtis Dale Sawyer

Dated: May 8, 2018                          */s/ THD for Matthew C. Bockmon*
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant Ann Marie Vance

**<u>ORDER</u>**

The Court has read and considered the parties' Stipulation and [Proposed] Order to Modify the Briefing Schedule and Continue the Status Hearing to June 12, 2018, filed May 8, 2018. The Court finds that the Stipulation, which the Court incorporates by reference into this Order, establishes good cause for a modification of the briefing schedule. The Court further finds that the brief extension of time requested by the parties would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The briefing schedule on the defendants' motions to dismiss is modified as follows:
    a. United States' Opposition – due May 15, 2018
    b. Defendants' Replies – due May 22, 2018
    c. Motion hearing, if necessary – June 12, 2018 at 9:15 a.m.
2. The Court further orders that the June 5, 2018 status hearing be continued to June 12, 2018.

SO ORDERED.

Dated: May 9, 2018                    /s/ John A. Mendez_____
                                      Hon. John A. Mendez
                                      United States District Court Judge