| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-0237-JAM |
| Plaintiff, | STIPULATION AND ORDER TO SUSPEND THE BRIEFING SCHEDULE |
| v. | Date: June 12, 2018 |
| CURTIS DALE SAWYER and<br>ANN MARIE VANCE, | Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | |

Plaintiff United States of America, through its undersigned counsel, and defendants Curtis Dale Sawyer and Ann Marie Vance, through their respective counsel of record, stipulate as follows:

1. This matter is currently set for a hearing on Sawyer and Vance's motions to suppress evidence on June 12, 2018. (ECF No. 28.) Both defendants filed motions to suppress on May 1, 2018. (ECF Nos. 25, 26.) The government has since filed oppositions to the two motions. (ECF Nos. 29, 31.) The defendants' replies are currently due May 22, 2018. (ECF No. 28.)

2. The Court will hold a hearing on the motions on June 12, 2018, if necessary. (ECF No. 28.) In addition to the motions, this case is also set for a status hearing on June 12. (*Id.*)

3. By this stipulation, the parties now seek to suspend the briefing schedule indefinitely. As good cause for granting this request, the undersigned government counsel avers that the government will be sending plea offers to both defendants within the week (i.e., before Friday, May 25, 2018). The parties

STIPULATION 1

will keep this matter on for a status hearing on June 12, 2018, at which time, the parties will take action on the plea offers or ask that the Court reset the briefing schedule, with new dates proposed for the defendants' reply briefs and a hearing.

4. Time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, has already been excluded through June 5, 2018. (ECF No. 23.) No request for an additional exclusion of time is being sought through this stipulation. The parties will take up the matter of an additional exclusion of time, if needed, at the June 12, 2018 status hearing.

IT IS SO STIPULATED.

Dated: May 21, 2018  */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States of America

Dated: May 21, 2018  */s/ THD for Michael D. Long*
MICHAEL D. LONG
Attorney for Defendant Curtis Dale Sawyer

Dated: May 21, 2018  */s/ THD for Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant Ann Marie Vance

**ORDER**

The Court has considered the parties' Stipulation and [Proposed] Order to Suspend the Briefing Schedule, filed May 21, 2018. The Court finds that the Stipulation, which the Court incorporates by reference into this Order, establishes good cause for suspending the briefing schedule. The Court further finds that the brief suspension requested by the parties would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN, the briefing schedule on the defendants' motions to dismiss is suspended pending further action at the June 12, 2018 status hearing.

SO ORDERED.

Dated: May 22, 2018 /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge