McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00237-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: June 12, 2018 |
| CURTIS DALE SAWYER and ANN MARIE VANCE, | Time: 9:15 a.m. Judge: Hon. John A. Mendez |
| Defendants. | |

Plaintiff United States of America, through its undersigned counsel, and defendants Curtis Dale Sawyer and Ann Marie Vance, through their counsel of record, stipulate that the status conference set for June 12, 2018, be continued to July 10, 2018, at 9:15 a.m.

On December 22, 2017, Mr. Sawyer was arraigned on the six-count Indictment in this case. (ECF No. 11.) Four days later, on December 26, 2017 Ms. Vance was arraigned separately. (ECF No. 13.) Since that time, the United States has produced roughly 75 pages of discovery, which includes all of the official reports generated in connection with this case. Recently, both defendants have also filed motions to suppress evidence. (ECF Nos. 25, 26.) The briefing schedule on those motions is suspended while the parties discuss alternate resolutions. (ECF No. 35.) Both defense counsel will require a brief period of additional time to review the discovery already produced, to discuss these materials with their clients, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently scheduled for June 12, 2018, be continued to July 10, 2018, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated up to and including July 10, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: June 8, 2018

*/s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: June 8, 2018

*/s/ THD for Michael D. Long*
MICHAEL D. LONG
Attorney for Defendant Curtis Dale Sawyer

Dated: June 8, 2018

*/s/ THD for Benjamin D. Galloway*
*on behalf of Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant Ann Marie Vance

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including July 10, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the June 12, 2018 status conference shall be continued until July 10, 2018, at 9:15 a.m.

Dated: June 8, 2018 /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge