LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANN MARIE VANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CURTIS DALE SAWYER, and ANN MARIE VANCE,<br><br>    Defendants. | Case No.: 2:17-CR-237 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  September 11, 2018<br>Time:  9:15 a.m.<br>Court:  Hon. John A. Mendez |

  The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Timothy Delgado, Attorney Michael D. Long on behalf of Defendant Curtis Sawyer, and Attorney Todd Leras on behalf of Defendant Ann Marie Vance, stipulate as follows:

  1. This matter is presently set for a status conference on July 10, 2018. An exclusion of time under the Speedy Trial Act had also previously been entered by order of this

ORDER CONTINUING STATUS CONFERENCE

Court to July 10, 2018.

2. By this stipulation, Defendant Vance moves to vacate the July 10, 2018 status conference. The Office of the Federal Defender had represented Ms. Vance until June 13, 2018. Attorney Todd Leras requested to substitute in as appointed counsel in the place of the Federal Defender's Office. The Court granted the request and later that same day, June 13, 2018, signed a written order granting the substitution of counsel.

3. Attorney Leras has obtained from the Office of the Federal Defender a disc comprising discovery previously provided by the Government and defense investigation materials. Attorney Leras needs time to review the discovery materials and review them with Defendant Vance. Defendant Vance, through her new counsel, therefore requests to continue the status conference to September 11, 2018, at 9:15 a.m., and to exclude time between July 10, 2018 and September 11, 2018 under Local Code T-4. The United States and Defendant Sawyer do not oppose this request.

4. Attorney Leras represents and believes that failure to grant additional time as requested would deny Defendant Vance the reasonable time necessary for effective preparation, considering the exercise of due diligence.

5. Based on the above-stated facts, Defendant Vance requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

ORDER CONTINUING STATUS CONFERENCE

*seq.*, within which trial must commence, the time period of July 10, 2018 to September 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Vance's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Timothy Delgado and Attorney Michael Long have reviewed this proposed order and authorized Todd Leras via email to sign it on their behalf.

DATED: July 5, 2018

By   <u>Todd D. Leras for</u>
     TIMOTHY DELGADO
     Assistant United States Attorney

DATED: July 5, 2018

By   <u>/s/ Todd D. Leras for</u>
     MICHAEL D. LONG
     Attorney for Defendant
     CURTIS SAWYER

DATED: July 5, 2018

By   <u>/s/ Todd D. Leras</u>
     TODD D. LERAS
     Attorney for Defendant
     ANN MARIE VANCE

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for July 10, 2018, is vacated. A new status conference is scheduled for September 11, 2018, at 9:15 a.m. The Court further finds, based on the representations of the parties and Defendant Vance's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from July 10, 2018, up to and including September 11, 2018.

DATED: July 5, 2018

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS CONFERENCE