LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANN MARIE VANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS DALE SAWYER, and ANN MARIE VANCE,<br><br>Defendants. | Case No.: 2:17-CR-237 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: October 30, 2018<br>Time: 9:15 a.m.<br>Court: Hon. John A. Mendez |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Timothy Delgado, Attorney Michael D. Long on behalf of Defendant Curtis Sawyer, and Attorney Todd Leras on behalf of Defendant Ann Marie Vance, stipulate as follows:

1. This matter is presently set for a status conference on September 11, 2018. By this stipulation, Defendant Vance moves to continue the status conference to October 30,

ORDER CONTINUING STATUS CONFERENCE

2018 at 9:15 a.m. The Office of the Federal Defender represented Ms. Vance until the Court granted Attorney Todd Leras' request to substitute into the case as Ms. Vance's appointed counsel on June 13, 2018.

2. Attorney Leras obtained from the Office of the Federal Defender a disc comprising discovery previously provided to it by the Government. Ms. Vance is presently in custody at the Wayne Brown Correctional Facility in Nevada City, California – approximately 65 miles from counsel's office in downtown Sacramento. The events referred to in the discovery relevant to the charged offenses occurred in Chico, California, and in Shasta County. The distances respectively between Sacramento and those locations are approximately 90 miles and 135 miles. Due to the distances involved in investigating the case and meeting with Ms. Vance, Attorney Leras needs additional time to review relevant materials with Defendant Vance.

3. Defendant Vance requests to continue the status conference from September 11 to October 30, 2018. She further requests to exclude time between September 11, 2018 and October 30, 2018, under Local Code T-4.

4. Attorney Leras represents and believes that failure to grant additional time as requested would deny Defendant Vance the reasonable time necessary for effective preparation, considering the exercise of due diligence.

5. Attorney Michael Long, counsel for Defendant Sawyer, is also conducting additional research into potential defenses and issues affecting sentencing, and on these grounds joins in the request to continue the hearing and exclude time as to Defendant Sawyer. The United States does not oppose the request to continue the status conference.

ORDER CONTINUING STATUS CONFERENCE

6. Based on the above-stated facts, Defendants request that the Court find that the ends of justice served by continuing the case outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 11, 2018 to October 30, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Timothy Delgado and Attorney Michael Long have reviewed this proposed order and authorized Todd Leras via email to sign it on their behalf.

DATED: September 6, 2018

By   Todd D. Leras for
TIMOTHY DELGADO
Assistant United States Attorney

DATED: September 6, 2018

By   /s/ Todd D. Leras for
MICHAEL D. LONG
Attorney for Defendant
CURTIS SAWYER

DATED: September 6, 2018

ORDER CONTINUING STATUS CONFERENCE

| | |
|---|---|
| | By /s/ Todd D. Leras |
| | TODD D. LERAS |
| | Attorney for Defendant |
| | ANN MARIE VANCE |

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for September 11, 2018, is vacated. A new status conference is scheduled for October 30, 2018, at 9:15 a.m. The Court further finds, based on the representations of the parties and Defendant Vance's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 11, 2018, up to and including October 30, 2018.

DATED: September 7, 2018

                                              /s/ John A. Mendez
                                      HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS CONFERENCE