MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CURTIS SAWYER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 17-237 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER MODIFYING THE SCHEDULE |
| | ) FOR Mr. SAWYER's PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| CURTIS SAWYER, | ) OF AUGUST 6, 2019 |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |
| ==============================) | |

Defendant Curtis Sawyer is requesting a continuance of his sentencing hearing, which is presently set for May 14, 2019. Mr. Sawyer is requesting a new sentencing date of August 6, 2019 at 9:15 a.m. The continuance is requested to allow Mr. Long to continue to gather documents and information for his informal objections. AUSA Tim Delgado, on behalf of the United States Attorney's Office, and USPO Phil Mizutani, on behalf of the United States Probation Office, have no objection to the requested continuance. The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: August 6, 2019

Reply, or Statement of Non-opposition: July 30, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: July 23, 2019

The final Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: July 16, 2019

-1-

The informal objections to the draft Pre-Sentence Report shall be served on the Probation Officer and opposing counsel no later than: July 9, 2018

The draft Pre-Sentence Report shall be filed no later than June 25, 2019.

Dated: May 2, 2019					Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Curtis Sawyer

Dated: May 2, 2019					McGREGOR SCOTT
United States Attorney

/s/ Timothy Delgado
TIMOTHY DELGADO
Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Sawyer's pre-sentence report is amended as follows:

Judgment and Sentencing Date: August 6, 2019 at 9:15 a.m.

Reply, or Statement of Non-opposition: July 30, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: July 23, 2019

The final Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: July 16, 2019

The informal objections to the draft Pre-Sentence Report shall be served on the Probation Officer and opposing counsel no later than: July 9, 2018

The draft Pre-Sentence Report shall be filed no later than June 25, 2019.

Dated: May 2, 2019					/s/ John A. Mendez
Hon. JOHN A. MENDEZ
United States District Court Judge

-2-