MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CURTIS SAWYER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR-S-17-237 JAM
               Plaintiff,        )
                              ) STIPULATION AND
    v.                          ) ORDER TO CONTINUE SURRENDER
                              ) DATE FOR CURTIS SAWYER
CURTIS SAWYER,                  )
                              )
             Defendant.       )
==============================) Judge: Hon. John A. Mendez

It is hereby stipulated between the parties, Assistant United States Attorney Timothy Delgado, and Michael Long, attorney for Curtis Sawyer, that Curtis Sawyer's presently set surrender date of October 28, 2019, should be continued until Monday, January 6, 2020.

Defendant proffers the following information:

Well after Curtis Sawyer was sentenced, his father, Tom Sawyer, was diagnosed with malignant cancer is several parts of his body.  He has "malignant neoplasm of liver," as well as cancer in the left sixth rib and in his right femur.  The cancers were diagnosed after Tom fell while using his cane - he went to see the doctor to treat his injuries from the fall.

Curtis Sawyer is the only available person to take his father to his many medical appointments, which are more frequent now while they are deciding how to treat the cancers. Many of the appointments are at Stanford University in Palo Alto - a long drive from Chico.

During this delay, the Sawyers will work to find a person or an organization that can drive Tom to Stanford and the other appointments.

-1-

The parties have agreed to continue Curtis Sawyer's presently set surrender date of October 28, 2019, to the new date of Monday, January 6, 2020.

We respectfully request that the Court order that the presently set surrender date of October 28, 2019, be continued until Monday, January 6, 2020, by 2:00 p.m.

Dated: October 9, 2019

Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for CURTIS SAWYER

Dated: October 9, 2019

BENJAMIN WAGNER
United States Attorney

/s/ *Timothy Delgado*
TIMOTHY DELGADO
Assistant U.S. Attorney

MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-17-237
       Plaintiff,   )
          )   ORDER
   v.   )
      )
CURTIS SAWYER,   )
      ) Judge: Hon. John A. Mendez
       Defendant.   )
===============================)

    UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the Bureau of Prisons surrender date for CURTIS SAWYER, presently set for October 28, 2019, at Sheridan SCP be continued to January 6, 2020, by 2:00 p.m. at the facility designated by the Bureau of Prisons.

Dated: October 9, 2019                            /s/ John A. Mendez
                                                     JOHN A. MENDEZ
                                                     United States District Court Judge