MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CURTIS SAWYER

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 17-237 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER EXONERATING MR. SAWYER'S |
| ) | UNSECURED APPEARANCE BOND |
| ) | |
| CURTIS SAWYER, ) | |
| ) | |
| Defendant. ) | Judge: Hon. John A. Mendez |
| ==============================) | |

On August 6, 2019, defendant Curtis Sawyer was sentenced to 48 months in prison.  He self-surrendered at FCI Sheridan on January 6, 2020.  As his criminal case is now completed, the government, by and through AUSA Timothy Delgado, and Defendant Curtis Sawyer, by and through his appointed CJA attorney Michael Long, hereby stipulate that Mr. Sawyer's unsecured $50,000 appearance bond (ECF documents 17 and 19) should be exonerated.

Dated:  January 13, 2020                             Respectfully submitted,

                                                     /s/ *Michael D. Long*
                                                     MICHAEL D. LONG
                                                     Attorney for Curtis Sawyer


Dated:  January 13, 2020                             McGREGOR SCOTT
                                                     United States Attorney

                                                     /s/ *Timothy Delgado*
                                                     TIMOTHEY DELGADO
                                                     Assistant U.S. Attorney

-1-

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court orders that Mr. Sawyer's unsecured appearance bond (ECF documents 17 and 19) is hereby exonerated.

Dated: January 13, 2020

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge