**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email: mike.long.law@msn.com

Attorney for Defendant
CURTIS SAWYER

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS SAWYER.<br><br>Defendant | Case No.: 2:17-cr-00237-JAM<br><br>**ORDER TO FILE UNDER SEAL EXHIBIT B TO THE MOTION FOR COMPASSIONATE RELEASE** |

## ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** THAT EXHIBIT B SHALL BE FILED UNDER SEAL.

**IT IS SO ORDERED.**

Dated: May 12, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE