PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00237-JAM |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| CURTIS DALE SAWYER, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      The defendant filed a motion for compassionate release on May 11, 2021. Docket No. 114. The government's response is due on May 26, 2021, with any reply from the defendant due on June 4, 2021. Docket No. 116.

2.      Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

        a)      The government's response to the defendant's motion to be filed on or before June 17, 2021;

           b)      The defendant's reply to the government's response to be filed on or before July

1, 2021.

IT IS SO STIPULATED.


Dated:  May 26, 2021                        PHILLIP A. TALBERT
                                       Acting United States Attorney


                                   /s/ MATTHEW D. SEGAL
                                   MATTHEW D. SEGAL
                                   Assistant United States Attorney


Dated:  May 26, 2021                        /s/ MICHAEL LONG
                                   MICHAEL LONG
                                   Counsel for Defendant
                                   CURTIS DALE SAWYER

## ORDER

      Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

      a)      The government's response to the defendant's motion, Docket No. 114, is due on or before June 17, 2021;

      b)      The defendant's reply to the government's response, if any, is due on July 1, 2021.


      IT IS SO FOUND AND ORDERED this 27th day of May, 2021.


                                    /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE